Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Oklahoma

_____ Division

FILED

JUL 2 7 2026

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

|  |  |
|---|---|
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>**-v-**<br><br><br><br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. CIV·26·258·DES
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                     Kurt B Harlan 2004 N Maiden Ln
Street Address           Henryetta , Okmulgee
City and County          Oklahoma      74437
State and Zip Code
Telephone Number         808·640·0817
E-mail Address           Kurt B Harlan @ gmail·com

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name Betty NinaLee Reeves

Job or Title *(if known)* N/A

Street Address 501 s rast Ave

City and County OKmulgee , OKmulgee

State and Zip Code OKlahoma. 74447

Telephone Number 918-882-5759

E-mail Address *(if known)* BettynReeves@gmail.com

Defendant No. 2

Name George Reeves

Job or Title *(if known)*

Street Address 917 Ivy Pl

City and County Jenks, Tulsa

State and Zip Code Oklahoma, 74037

Telephone Number 918-576·6139

E-mail Address *(if known)* fingeringSool@gmal.com

Defendant No. 3

Name Heather Norris

Job or Title *(if known)* Social worker

Street Address Brooklyn Talybont

City and County Aberstwyth, Wales. Sy24 5er

State and Zip Code United Kingdom

Telephone Number Hm 011 41 44 939 12, cell 011 44 1970 623522

E-mail Address *(if known)*

Defendant No. 4

Name P. J. Reeves

Job or Title *(if known)* computer Progamer

Street Address 13317 Riggs Way

City and County Windemere , Orange

State and Zip Code Flonida 34786

Telephone Number 918·629- 8817

E-mail Address *(if known)* PJ. PJ@wesdorKs.net

B    List from Page 2 of 5
Antony Stansfield
133 Big Sandy Ln
Monroe City, Tx   77514

II B 2

George Reeves     Oklahoma- Kansas
PJ Reeves          Florida
Heather Norris     Wales  Great Britain
Antony Stansfield     Texas

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.   *18 U.S.C SS 1962 and 1964 (c) — Civil Rico*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* **Kurt B Harlan**                    , is a citizen of the State of *(name)* **Oklahoma**           .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)*                    , is incorporated under the laws of the State of *(name)*                    ,

   and has its principal place of business in the State of *(name)*

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* **Betty Reeves**                    , is a citizen of the State of *(name)* **Oklahoma**                    . Or is a citizen of

   *(foreign nation)* **Muscogee Creek nation** ·

## III

Betty and I had many verbal agreements made before I would move. She honored none of them. This cost me my home, my business. and all I had that had any value to it. The plan was conceived by Betty Reeves, Antony Stansfield. later according to Betty her first husband and children helped her carry out her plan.

FV

Lost the value of my home - 1 million dollars.
Lost income from the Job I had set up $/29,000 per year.
Lost all my possesions she Stole,          $1 200,000
Lost my inheritance moving my goods over $60,000
Ms Reeves Knew before I ever spent a dollar
that she was going to defraud me. I would like
a finacial judgement for restitution and have
her Social Security check garnished to make
up for the loss.

b.    If the defendant is a corporation

The defendant, *(name)*                                          , is incorporated under

the laws of the State of *(name)*                                          , and has its

principal place of business in the State of *(name)*                               .

Or is incorporated under the laws of *(foreign nation)*                          ,

and has its principal place of business in *(name)*                            .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Lost my home, my company. My inheritance and everything I owned.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *7/26/26*

Signature of Plaintiff    *Kurt B Harlan*

Printed Name of Plaintiff    *Kurt B Harlan*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address