

Exibit 1

She did do this
I asked a neighbor
to get my bike

← B Betty 📞 📹⋮

I have refused  a plea deal
I want my day in court

I want the bike gone.  I am getting someone to roll it out of the garage.    I go back in the house (can't see back behind garage) and who knows what happens to it.
Its voila disappeared.

Will let you know when



For court

Posted on Betty Harlans Facebook page in February this year



one Month before Divorce, yet Using
her maiden name

I month prior to divorce yet
She is using her maiden name.
Shows she had a plan

July 29, 2024

**10:09**  .ıll 5G 97



**Betty Harlan**  Jul 29
to me ⌄

For you to get anything from here especially the morphine
I need a notarized bill of sale for $1
All the keys
For the Electra Glide
By the end of the day.
  Put it in the mailbox
Court ordered to split bikes.
  You took the King.

(hic) ?

Sent from my iPhone



**me**  Jul 29
to Betty ⌄

I have an attorney looks like it's going to be a fight instead and then yours and Tony's life will be fodder for the papers

You thinking you have a choice is funny
There is enough morphine here to put you away
for 15 years
If you want to stay out of prison
So you quit pushing your delusion to me

Sent from my iPhone

> On Jul 29, 2024, at 12:35, Kurt Harlan
> <kurtbharlan@gmail.com> wrote:

 

**Betty Harlan** Jul 29

to me ˅

Ok. Morphine being called into drug task force. Hawaii will be called for the fraud of ebt and medical.

If you want this. Just keep it up

Sent from my iPhone

On Jul 29, 2024, at 12:41, Kurt Harlan <kurtbharlan@gmail.com> wrote:

**10:11**     5G 97

   

•••

 **me** Jul 29
to Betty ⌄

We can't talk anymore as you've indicated , I retained an attorney today we'll let the lawyers work it out .

•••

 **Betty Harlan** Jul 29
to me ⌄

Works for me.  Contacting Hawaii for your fraudulent use of ebt and quest.
Then the drug task force.

You had a choice



**Betty**

You can't get to me. This is fun

Absolutely please post it

Another felony

You are racking them up

> You're a very sick person

Right now you are looking at 14 felonies in Hawaii

No Kurt you are the one thats not self aware. Refuses to do behavior modification.

As your friends said. Don't worry what he says to use. We have his number

> I am modifying I'm getting out of your life why can't you let me go

So you do the right thing.

I am letting you go go to prison

> I am according to the police

Until they find out all of your fraudulent behavior and how many felonies you could have. You would be a big bust

Threatening to call police if he doesn't pay her 10,000 from his mothers inheritance. The next two pages were sent to his sister in Minnesota.



3:04    📞 18m    🛜 ▭ .

Betty

Good try. You just lost more money

> You filed under wrong name and I had reasonable expectation my wife wouldn't share my medical records, we can just go our own ways betty no fuss

> I don't have any money left it's taking all I have to get out of here

Absolutely I agree. All I asked was for you to wait until i get back. Last time you took coins and before that bolts to the two rifles.

Money with the court. You lost. Indians comes firsr

> Blah blah I'm leaving so you can't try to steal my belongings like you told Sara you planned on doing the day I arrived

Just take care of the pups.
Do i need an uber when i grt to airport?

You want a war?  You will lose

> Just want you out of my life

You've given me nothing but misery the whole time we've been married only three weeks in and you chose to

+    Message



https://www.tansee.com

No he won't. It's part of his illness. Doesn't matter that I can account for and have witnesses. He doesn't care

I told him multiple times.

I'm sorry Betty

Thank you. I thought I had found the one.

He hid his illness well until he caught me

I thought you two had also

Sep 8, 2023 10:12

WTH Betty. You said he did strangle you and now you want to bring charges against him again because you want $10,000 of moms money????

You do understand we ARE WAITING FOR HER TAXES TO BE DONE IN CASE SHE OWES??? So we may have little left after all her bills are paid?? What is wrong with you?

I sent kurt home with things that came down our family decades ago. He was so happy to share them with you! Then you make a creepy comment on how you could've really screwed him over by saying he choked you when clearly he didn't!

Who are you???

I read your emails. Kurt shared them with me

You are definitely one scary lady

- 49 -

https://www.tansee.com

When he kept sending ugliness and calling me from
multiple phone numbers leaving nasty message
He pushed to far
He refuses to keep his word/promise.
He has many creditors that would immediately freeze
his accounts if they knew about the money.

In an Indian divorce court he would lose half.
Because I have many messages. Saying "our". Saying
for "our" retirement.

Went to a lawyer. That would hold up in court and I
would get more than 10Gs

I am going to file a protection order today and file
for divorce.
Once I file there is an injunction on him touching or
moving money anywhere. Without the court
permission

All I want is for him to keep his promise for once

> Wow, so it was about the inheritance?!

> The federal government will take the money
> first Betty

> Go ahead and file a protection of order. It's so
> ridiculous you would think you have to do that! He's
> not going to hurt you.

> And he said he paid off large portions of ur
> credit card

It was his cc bill.  It was in my name because he can't
get credit
Kerri the point is he has already hurt me.
He has threatened to kill and beat up people
He has been contacting anyone that knows me and
being ugly

I have a feeling that the lawyers that is involved with
the foreclosure and Waikoloa village would freeze his
account before the Feds would

2023

https://www.tansee.com

Sep 4, 2023 09:25

He called me and apologized. Thats growth

Sep 4, 2023 10:24

That's good to hear.  Hopefully he is calming down and his cycle is almost over.
He sent emails that the preview wasn't nice so I didn't read and just filed away.
I am just so confused. When he left here we were good. Both of us loving to each other.  When he got to Hawaii we were on the phone for hours and hours. When he was here I couldn't go anywhere without him.
But yet I have been screwing a man that lives with his wife in a newly built house in Houston.
No logic what so ever.
Just don't understand

It all boils down to trust. He trusted you again. He didn't remember you telling the police he tried to choke you. I couldn't believe you would do that. Then you got him out. You worked hard to get him out. It all fell apart when you said something to him before he left. Do you remember what that was?

You told him you could have really fucked him over. That made the hair on his neck stand up and all the previous lies came back and broke the trust again.

If loving him makes you crazy, get out. Get divorced. This is no way to have a relationship

I remember him calling me in disbelief that they were hauling him away because you accused him of choking you. Later he said no.

I asked you why you would do that. Do you remember?

- 33 -

https://www.tansee.com

We were talking and I told him that I put myself at risk of getting arrested for trying to clear him. If that didn't show that I loved him.    Said if I really hated him like he says. I could have screwed him over.
I followed up with how much I loved him.
So if that put hairs on his neck.  Then yes there is a problem

But you falsely accused him of choking you

Why?

I never accused him of choking me.   I put in the report he didn't

Get the report

He is lying to you.

Well then explain to him why he shouldn't be afraid of being with you.

I have over and over. I followed his rules to try to make him feel secure.

The cops believed you, hauled him away. You two fight like mean teenagers. I've never seen this with adults

He is cycling. It's documented

Okay, I believe that part

Do you understand what that statement did to his psyche?

- 34 -

https://www.tansee.com

Can he come and live with you?  If you love him that shouldn't be a problem.

You need to get ahold of your brother.  He went nuts when he was told he had to pay rent.  He wants to freeload off of me.
As Kurt is well aware that he could have many felonies in Hawaii.
He received money in August.  But yet he still took food stamps thru February.
Thats many felonies for every month he fraudulently received them.

He also is still getting medical/drugs from Hawaii.  That is fraudulent.  With felonies as a penalty.

He falsely accused me of "poisoning" him to medical staff.   That is misdemeanors.

He falsely accused me of cheating.  (Cheating is a crime in OK).
That is misdemeanors.

He slandered me on FB many times.
That is felonies.

I have did my homework.
I want him gone.

You used the food stamps also! You agreed he needed his meds for his back injuries. AND NOW YOU ARE BEING VINDICTIVE AND SPITEFUL TO GET YOUR WAY. Wow, that's how you love him? Charge him rent after he paid 40,000 to ship his household to be with you????

You are off base.  He lied to get here.  I guess he didn't tell you that.  If his lips are moving.

He needs to be gone.  If not he will go to jail

Final answer.

https://www.tansee.com

guess he didnt tell you that pretty much everyday i tried to get him to go to ER this went on for acouple of weeks.

You scare me when you are so willing to call police, go to court, all if it

You can take your poison thought and fuck yourself he is an abuser inly way i can keep him inline.

I really wanted this to work for you two

And thanks for that

fuck yiu and him. destriyed my life

now never contact me again

Text Message

fuck yiu and him. destriyed my life

now never contact me again

iMessage

Feb 16, 2024 16:24

Kurt won't tell you. I took a polygraph with one of the best in Tulsa.  I never cheated. Haven't had contact with Tony, etc.  Everything Kurt has said is either a delusion or a out and out lies.  I am vindicated.

Fantastic!

Absolutely

- 62 -

https://www.tansee.com

From
Betty Harlan(9188625759)

i wanted to facetime so you can hear how ugly he is being

Jan 15, 2024 10:29:10

Sent To
Betty Harlan(19188625759)

I understand

Jan 15, 2024 10:42:17

Sent To
Betty Harlan(19188625759)

I really dislike being involved.

Jan 15, 2024 10:32:16

Sent To
Betty Harlan(19188625759)

You have to learn to live together until other arrangements can be made

Jan 15, 2024 10:43:01

Sent To
Betty Harlan(19188625760)

And stop dirtying each others reps to all who listen!

Jan 15, 2024 10:43:24

From
Betty Harlan(19188625759)

None of my friends or family do i ever talk to about kurt.  he has called and harassed them.
He wrote such ugly stuff to my kids they dont want him around them or their kids

Jan 15, 2024 10:47:38

From
Betty Harlan(19188625759)

My counselor is the only one i talk about kurt as it should be

Jan 15, 2024 10:50:09

From
Betty Harlan(19188625759)

He sent ugly messages to my counselor.

Jan 15, 2024 10:52:09

Sent To
Betty Harlan(19188625759)

I'm sorry, turned volume down on my phone when baby is sleeping and forgot to turn out back on again

Jan 15, 2024 10:56:06

From
Betty Harlan(19188625759)

no worries

Jan 15, 2024 10:56:42

Jan 15, 2024 21:06

From
Betty Harlan(19188625759)

fyi he is blaming you for putting the "poison" idea in his head

Jan 15, 2024 21:06:41

Sent To
Betty Harlan(19188625759)

Yes, it's my fault

Jan 15, 2024 21:07:07

From
Betty Harlan(19188625759)

everyone but hinself

Jan 15, 2024 21:07:08

Sent To
Betty Harlan(19188625759)

I was the one that thought of it

Jan 15, 2024 21:07:48

- 61 -

https://www.tansee.com

only when he starts in on me.  i stand up for myself

Then he should go to the ER now

Yes he should

i have tried for weeks

You go overboard. You should walk away if he goes overboard, just like he should instead of calling cops every chance you get

he called cops. i havent called anyone but my counselor

You'll never get work off everyone thinks you're both nutcases!!!

He needs to get out of my life.

You threaten to and you threaten to kick him out! Where the hell should he go after spending that kind of money to get to Oklahoma???

I was was hapoy healthy secure content until the demon comes out in him

If he hadnt lied to me. he would not be here right now

i would have never went to hawaii to get him.  he lied

He lied about everything. when i confronted him he comes up (another story). hikey on my ass.   BS

Agree to take a walk so u can both cool off. One of you needs to take a walk!

https://www.tansee.com

Jan 15, 2024 10:14

If you care then get him to a Dr and stop calling the cops! That's criminal on ur part!

i didnt call the cops he called

Get him to a dr. have tried for weeks to get him into the ER

Oh for crying out loud!!!

He was there yesterday!

Kerri he needs help

You both need help!

finally decided to go to ER. i said ok will get ready. he said i didnt have to go i said of course i have to go. i asked him would he want to go if i had to go to the ER??? he said he didnt know. i asked him if he wanted me to go. he said no

I RECEIVE LD THE MESSAGE LOUD AND CLEAR. IT HURTS  ITS OVER. HE DIDNT WANT ME WITH HIM IF HE GOT BAD NEWS TO  hold him TO CRY WITH HIM. i didnt do anything. god this hurts.  never cheated ever.

this is what i put in my journal yeaterday

Kerri I am in counseling learning how to deal with his Mental issues

Every couple of weeks he cycles.  documented

He has said that he is going to kill himself

It seems you cycle every few weeks also



Only because he was about to hit me. His eyes were black. Called the cops and they made him leave

I have evidence documentation picts videos messages emails voice mail. Hundreds

Wonderful.

He can't get out of this

It's all felonies. They will arrest him in Hawaii and bring him back here

You're egging him on will count for something. You know what buttons to push.

It's in your emails and text messages

She keeps texting

She's unreal

He has harassed me for a week. I asked him to stop or I would file a protection order. He kept on and on

Goodbye Kerri. He is your nightmare

You filed a false police report

I've got all your text messages

So keep it up

Yea right Kerri.

Now you leave me alone.

Ditto

- 58 -

https://www.tansee.com

, of what Tribe affiliation is the Respondent? N/a

Please explain why you are seeking a Protective Order. (Check one or more)

[ ] The Respondent has caused or attempted to cause serious physical harm to the following (Victim's Name): _____

[X] The Respondent threatened serious physical harm to the following (Victim's Name):
_Betty N. Harlan_

[X] The Respondent stalked or harassed the following (Victim's Name):
_Betty N. Harlan_

A. The incident causing the filing of the petition occurred on or about (Date):
_9-5-2023_

B. Describe what happened: He has Complex PTSD
He is ~~by~~ Keeps Calling and leaving Nasty
Voice Mails. I block him & he Changes
his Number on his burner phone
I have blocked him on everything but the emails
Still Come Thru.
He hurt me and was Arrested July 27 2023
He was Arrested. He told me he would hurt me
or my family if I didn't get him out of it.
I got him out of it. He threatened to Get his
previous motorcycle gang "Hells out Cast" 1% Gang
To hurt me and his family. I Have pics of his bruses

C. Where did the incident Occur?
_501 S. Taft. Olmulgee OK 74447_

From:
Betty Harlan(19188825759)

Sep 8, 2023 11:57:14

DVPO-3 PetProtOrd
CA 16-038, §3-403)                Page 2 of 7

---

Persons Related by Blood

Next Friend and Incompetent

Guardian and Ward

B)

A. The Victim is in immediate and present danger of abuse from the Respondent and an Emergency Ex Parte Order (without notice to the other party) is necessary to protect the Victim from serious harm. (Please Explain why an order needs to be granted immediately without notice to the Respondent):

He is in Hawaii & verbally threatened that
he was going To hurt me. He said I
wouldn't Know he was here until it
was to late. He has an Arsenal of
weapons

From:
Betty Harlan(19188825759)

Sep 8, 2023 11:57:26

Petitioner requests the following relief in the Emergency Ex Parte order: (Check one or more):

[X] order the Respondent not to commit or threaten to commit any acts of violence against the petitioner or any domestic dating, family or household member.

[X] order the Respondent not to harass, annoy, telephone, contact or otherwise communicate with the Victim, directly or indirectly.

[X] order the Respondent not to visit or stalk the Victim or otherwise interfere with the victim.

[X] order the Respondent to stay away from the residence of the Victim located at:
_501 S. Taft Ave Olmudgee OK 74447_

On or before: _____

Ord

Dont Think this was
ever turned in, it was
just to scare my
sister and part of
the 10 grand Extortion
attempt

https://www.tansee.com



I have talked and have messages from people stating
LaRue was scared of him.   Nicole was scared of him
I read Amie letters describing what he did to her.
Only she turned to drugs.
He admitted abusing Deborah

He needs help.  I tried I truly did

Yes, the police in Hawaii thought you were a nut case for compiling sooo much on your new husband.

That's not true.
Did he tell you about the counselor that came to the house and he was raging.
She told me to get out.
I did. That was April 2021 in Hawaii.

Do you have the police reports?   My attorney has requested them. Along with all the other ones here

I just want what he promised. That's all

I need to know if he is going to keep his promise or should I go to court today at 2?

Sep 8, 2023 11:55

Go to court and file for divorce

I've told u both to do this

Along with the protection order.    It will forbid him to have any guns

Geez, u really take the case. Aren't you the one that pointed loaded gun at him?

- 56 -

terroristic threatening
Extortion

I have finally had it

So keep thinking your brother is truthful. He's not
as soon as you realize this and his mental health
maybe you can help him
I tried and tried and tried

My counselor was afraid he would hurt me after
appts with Kurt. She has contacted authorities
which by law she has too

So you do these things and his sisters foot the bill
from their shares. Good work Betty. Thank you

All I want is what he promised. 10G.

If not then I will press the issue.

I am done letting him get away with his abuses

It sure sounds like it

His back is against the wall. Either pay me what he
promised or loose it all

I am done. I am an abused spouse and I am taking
a stand

Please stop.

55 -

From:
Betty Harlan(19188825759)

Sep 8, 2023 11:57:14

o, of what Tribe affiliation is the Respondent? N/a

Please explain why you are seeking a Protective Order. (Check one or more)

[ ]   The Respondent has caused or attempted to cause serious physical harm to the following (Victim's Name):
_____

[X]   The Respondent threatened serious physical harm to the following (Victim's Name):
_Betty N. Harlan_

[X]   The Respondent stalked or harassed the following (Victim's Name):
_Betty N. Harlan_

A.   The incident causing the filing of the petition occurred on or about (Date):
_9-5-2023_

B.   Describe what happened:   He has Complex PTSD
He is Bly Keeps Calling and leaving Nasty
Voice mails. I block him & he Changes
his Number on his burner phone
I have blocked him on everything but the emails
still Come Thru.
He hurt me and was Arrested July 27 2023
He was Arrested. He told me he would hurt me
er my family if I didn't get him out of it.
I got him out of it. He threatened to Get his
previous motorcycle gang "Hells Out Cast" 1% Gang
To hurt me and his family. I have picts of his bruis

C.   Where did the incident Occur?
_501 S. Taft. Okmulgee OK 74447_

DVPO-3 PetProtOrd
CA 16-038, §3-403)                    Page 2 of 7

---

From:
Betty Harlan(19188825759)

Sep 8, 2023 11:57:26

Persons Related by Blood
next Friend and incompetent
Guardian and Ward
B)

A.   The Victim is in immediate and present danger of abuse from the Respondent and an Emergency Ex Parte Order (without notice to the other party) is necessary to protect the Victim from serious harm. (Please Explain why an order needs to be granted immediately without notice to the Respondent):

He is in Hawaii & Verbally threatened that
he was going To hurt me. He said I
wouldn't know he was here until it
was to late. He has an Arsenal of
Weapons

Petitioner requests the following relief in the Emergency Ex Parte order: (Check one or more):

[X]   order the Respondent not to commit or threaten to commit any acts of violence against the petitioner or any domestic dating, family or household member.

[X]   order the Respondent not to harass, annoy, telephone, contact or otherwise communicate with the Victim, directly or indirectly.

[X]   order the Respondent not to visit or stalk the Victim or otherwise interfere with the victim.

[ ]   order the Respondent to stay away from the residence of the Victim located at:
_501 S. Taft Ave Okmulgee OK 74447_

On or before: _____

Ord

The really horrible Texts are The ones she was able to remove from my phone remotely as well as my landlords phone and my sisters. Thers more about The thest of my meds. 3 days after being thrown out I had a mini stroke due to lack of meds. She knew it was detremental to my Health and with held my meds anyway